**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6454**

---

DOYLE TUNNELL,

Plaintiff - Appellant,

versus

RICHARD HEDGEPETH,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-03-182-AM)

---

Submitted: April 24, 2003          Decided: May 5, 2003

---

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Doyle Tunnell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Doyle Tunnell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Tunnell v. Hedgepeth</u>, No. CA-03-182-AM (E.D. Va. filed Feb. 24, 2003 & entered Feb. 27, 2003). We deny Tunnell's motion to enlarge the record and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>